**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00118-CV**
_____

**IN RE WINFREE BAPTIST CHURCH**

_____

**Original Proceeding**
**128th District Court of Orange County, Texas**
**Trial Cause No. A190220-C**

_____

**ORDER**

Winfree Baptist Church, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a defendant in Trial Cause Number A190220-C, *Gary Hopkins v. Winfree Baptist Church.* Relator seeks a writ compelling the Honorable Courtney Arkeen, Judge of the 128th District Court of Orange County, Texas, to vacate an order signed on December 2, 2021, and to dismiss the case for lack of jurisdiction. *See* Tex. Gov't Code Ann. § 22.221.

Relator requests that the trial, which is currently scheduled to begin in the trial court on April 25, 2022, be stayed while this Court considers the mandamus petition.

1

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial in Trial Cause Number A190220-C is STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the Real Party in Interest, Gary Hopkins, is due April 25, 2022.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED April 14, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.